

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RANDY BATISTE | CIVIL ACTION |
| VERSUS | NO. 06-1452 |
| 22ND JUDICIAL DISTRICT COURT JUDGE WILLIAM J. KNIGHT ET AL. | SECTION "A" (2) |

### ORDER

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint asserting claims pursuant to 42 U.S.C. § 1983 is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) or under Heck v. Humphrey, 512 U.S. 477 (1994), until such time as the Heck requirements are met.

___ Fee_____
_/ Process_____
X Dktd_____
___ CtRmDep____
___ Doc. No_____

**IT IS FURTHER ORDERED** that all habeas corpus claims asserted in the complaint be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this 15th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE